Fill in this information to identify your case:

United States Bankruptcy Court for the:

**Eastern District of Pennsylvania**

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**06/24**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Antoinette** <br> First name <br> **Ayeshia** <br> Middle name <br> **Jones** <br> Last name | First name <br> Middle name <br> Last name |
| | Bring your picture identification to your meeting with the trustee. | Suffix (Sr., Jr, II, III) | Suffix (Sr., Jr, II, III) |
| **2.** | **All other names you have used in the last 8 years** | First name | First name |
| | Include your married or maiden names and any assumed, trade names and *doing business as* names. | Middle name <br> Last name | Middle name <br> Last name |
| | Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | Business name (if applicable) <br> Business name (if applicable) | Business name (if applicable) <br> Business name (if applicable) |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **2** **4** **7** **2** <br> OR <br> **9**xx - xx - __ __ __ __ | xxx - xx - __ __ __ __ <br> OR <br> **9**xx - xx - __ __ __ __ |

Debtor 1    **Antoinette**    **Ayeshia**    **Jones**

First Name    Middle Name    Last Name

Case number *(if known)* _____

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | _ _ _ - _ _ _ _ _ _ _ <br> EIN <br><br> _ _ _ - _ _ _ _ _ _ _ <br> EIN | _ _ _ - _ _ _ _ _ _ _ <br> EIN <br><br> _ _ _ - _ _ _ _ _ _ _ <br> EIN |

**5.** **Where you live**

**6 Cedar St**
Number    Street

**Marcus Hook, PA 19061-4608**
City    State    ZIP Code

**Delaware**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number    Street

P.O. Box

City    State    ZIP Code

**If Debtor 2 lives at a different address:**

Number    Street

City    State    ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number    Street

P.O. Box

City    State    ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____
_____
_____
_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____
_____
_____
_____

Debtor 1    **Antoinette**      **Ayeshia**         **Jones**                                    Case number *(if known)* _____
_____
          First Name      Middle Name        Last Name

## Part 2:  Tell the Court About Your Bankruptcy Case

| 7. | **The chapter of the Bankruptcy Code you are choosing to file under** | *Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box. |
|---|---|---|

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

---

**8.   How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☑ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.   Have you filed for bankruptcy within the last 8 years?**

☑ No.

☐ Yes.   District _____   When _____   Case number _____
                                              MM / DD / YYYY

         District _____   When _____   Case number _____
                                              MM / DD / YYYY

         District _____   When _____   Case number _____
                                              MM / DD / YYYY

---

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.

☐ Yes.   Debtor _____   Relationship to you _____

         District _____   When _____   Case number, if known _____
                                      MM / DD / YYYY

         Debtor _____   Relationship to you _____

         District _____   When _____   Case number, if known _____
                                      MM / DD / YYYY

---

**11.  Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

         ☐ No. Go to line 12.

         ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1     **Antoinette**     **Ayeshia**     **Jones**         Case number *(if known)* _____

        First Name        Middle Name        Last Name

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number     Street

_____

_____
City              State     ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.      I am not filing under Chapter 11.

☐ No.      I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.     I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.     I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Debtor 1 __**Antoinette**_____**Ayeshia**_____**Jones**_____    Case number *(if known)* _____

First Name        Middle Name        Last Name

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.  What is the hazard?  _____
_____
_____

If immediate attention is needed, why is it needed?
_____
_____
_____

Where is the property?  _____

Number        Street

_____

_____        _____  _____
City                                   State    ZIP Code

Debtor 1     **Antoinette**          **Ayeshia**          **Jones**

First Name          Middle Name          Last Name

Case number *(if known)* _____

---

## Part 5:  Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

| Debtor 1 | Antoinette | Ayeshia | Jones | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

❑ No. Go to line 16b.
☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

❑ No. Go to line 16c.
❑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

❑ No. I am not filing under Chapter 7. Go to line 18.

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
❑ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
❑ 50-99
❑ 100-199
❑ 200-999
❑ 1,000-5,000
❑ 5,001-10,000
❑ 10,001-25,000
❑ 25,001-50,000
❑ 50,000-100,000
❑ More than 100,000

**19. How much do you estimate your assets to be worth?**

☑ $0-$50,000
❑ $50,001-$100,000
❑ $100,001-$500,000
❑ $500,001-$1 million
❑ $1,000,001-$10 million
❑ $10,000,001-$50 million
❑ $50,000,001-$100 million
❑ $100,000,001-$500 million
❑ $500,000,001-$1 billion
❑ $1,000,000,001-$10 billion
❑ $10,000,000,001-$50 billion
❑ More than $50 billion

**20. How much do you estimate your liabilities to be?**

❑ $0-$50,000
☑ $50,001-$100,000
❑ $100,001-$500,000
❑ $500,001-$1 million
❑ $1,000,001-$10 million
❑ $10,000,001-$50 million
❑ $50,000,001-$100 million
❑ $100,000,001-$500 million
❑ $500,000,001-$1 billion
❑ $1,000,000,001-$10 billion
❑ $10,000,000,001-$50 billion
❑ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** **/s/ Antoinette Ayeshia Jones**_____

Antoinette Ayeshia Jones, Debtor 1

Executed on **07/25/2026**_____
MM/ DD/ YYYY

| Debtor 1 | **Antoinette** | **Ayeshia** | **Jones** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ Michael I. Assad**     Date **07/25/2026**

Signature of Attorney for Debtor     MM / DD / YYYY

**Michael I. Assad**

Printed name

**Law Office of Mike Assad, P.C.**

Firm name

**923 Haddonfield Rd Ste 336**

Number     Street

**Cherry Hill**     **NJ**     **08002-2752**

City     State     ZIP Code

Contact phone **(609) 808-3300**     Email address **mike@assad.law**

**330937**     **PA**

Bar number     State

Fill in this information to identify your case and this filing:

Debtor 1     **Antoinette**     **Ayeshia**     **Jones**
            First Name        Middle Name       Last Name

Debtor 2
(Spouse, if filing)    First Name        Middle Name       Last Name

United States Bankruptcy Court for the:     **Eastern**     District of   **Pennsylvania**

Case number

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property        12/15

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☑ No. Go to Part 2.

   ☐ Yes. Where is the property?

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** .................................................................. ➔    **$0.00**

| Part 2: | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

   3.1   Make:    **Dodge**

   Model:    **Journey**

   Year:    **2020**

   Approximate mileage:   **84,000**

   Other information:

   Who has an interest in the property? Check one.

   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ **Check if this is community property** (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | **$12,130.00** | **$12,130.00** |

   If you own or have more than one, describe here:

Official Form 106A/B         **Schedule A/B: Property**         page **1**

Debtor **Jones, Antoinette Ayeshia**                                      Case number *(if known)* _____

---

3.2  Make:          **Volkswagen**    **Who has an interest in the property?** Check one.

Model:          **Jetta**            ☑ Debtor 1 only
                                     ☐ Debtor 2 only
                                     ☐ Debtor 1 and Debtor 2 only
Year:           **2019**             ☐ At least one of the debtors and another

Approximate mileage:  **86,400**     ☐ **Check if this is community property** (see instructions)

Other information:

| | |
|---|---|
| Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| **Current value of the entire property?** | **Current value of the portion you own?** |
| $11,360.00 | $11,360.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ...............................................................➔   **$23,490.00**

## Part 3:   Describe Your Personal and Household Items

| **Do you own or have any legal or equitable interest in any of the following items?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**

   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe. .........   **Various used pieces of furniture, furnishings, appliances, linens, and other similar items, each valued at $700 or less.**            $250.00

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe. .........   **Various used televisions, mobile devices, and computers, each valued at $700 or less.**            $3,000.00

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe. .........

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe. .........

---

Debtor __Jones, Antoinette Ayeshia__                                    Case number *(if known)* _____

---

10.  **Firearms**

*Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

☑ No

☐ Yes. Describe. .........

11.  **Clothes**

*Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes. Describe. .........

| **Various used articles of clothing, shoes, and accessories, each valued at $700 or less.** | **$500.00** |
|---|---|

12.  **Jewelry**

*Examples:*  Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes. Describe. .........

| **Various used pieces of jewelry.** | **$25.00** |
|---|---|

13.  **Non-farm animals**

*Examples:*  Dogs, cats, birds, horses

☑ No

☐ Yes. Describe. .........

14.  **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes. Give specific information. .............

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ................................................................................................................➔  | **$3,775.00** |

---

## Part 4:        Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

16.  **Cash**

*Examples:*  Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes ........................................................................................................................................    Cash: ...................  | **$100.00** |

17.  **Deposits of money**

*Examples:*  Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes .....................                        Institution name:

| 17.1. Other financial account: | **Apple Cash** | **$0.00** |
|---|---|---|
| 17.2. Other financial account: | **Cash App** | **$155.00** |

---

Debtor  **Jones, Antoinette Ayeshia**                                                    Case number *(if known)* _____

---

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:*  Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ❑ Yes ....................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No
    ❑ Yes. Give specific
       information about
       them....................

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ❑ Yes. Give specific
       information about
       them....................

21. **Retirement or pension accounts**

    *Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No
    ❑ Yes. List each
       account separately.

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or
                others

    ☑ No
    ❑ Yes ....................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ❑ Yes ....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ❑ Yes ....................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No
    ❑ Yes. Give specific
       information about them. ...

---

Debtor  **Jones, Antoinette Ayeshia**                                      Case number *(if known)* _____

---

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No

    ❑ Yes. Give specific
       information about them. ...

27. **Licenses, franchises, and other general intangibles**

    *Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No

    ❑ Yes. Give specific
       information about them. ...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ☑ No

    ❑ Yes. Give specific information about
       them, including whether you
       already filed the returns and
       the tax years. ...................

29. **Family support**

    *Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
                 settlement

    ☑ No

    ❑ Yes. Give specific information. ........

30. **Other amounts someone owes you**

    *Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
                 Social Security benefits; unpaid loans you made to someone else

    ☑ No

    ❑ Yes. Give specific information. ........

31. **Interests in insurance policies**

    *Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No

    ❑ Yes. Name the insurance company
       of each policy and list its value. ...

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive
    property because someone has died.

    ☑ No

    ❑ Yes. Give specific information. ........

Debtor  **Jones, Antoinette Ayeshia**                                    Case number *(if known)* _____

---

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No

    ☐ Yes. Describe each claim. ..............

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No

    ☐ Yes. Describe each claim. ..............

35. **Any financial assets you did not already list**

    ☑ No

    ☐ Yes. Give specific information. ........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .............................................................................................➔  | **$255.00** |

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.

    ☐ Yes. Go to line 38.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ........................................................................................➔  | **$0.00** |

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ☑ No. Go to Part 7.

    ☐ Yes. Go to line 47.

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** .............................................................................................➔  | **$0.00** |

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**

    *Examples:*  Season tickets, country club membership

    ☑ No

    ☐ Yes. Give specific information. ...........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .......................................➔  | **$0.00** |

| Part 8: | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** ..................................................................................................................➔  | **$0.00** |

Debtor   **Jones, Antoinette Ayeshia**                                    Case number *(if known)*

| | | | | |
|---|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | **$23,490.00** | | |
| 57. | **Part 3: Total personal and household items, line 15** | **$3,775.00** | | |
| 58. | **Part 4: Total financial assets, line 36** | **$255.00** | | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | | |
| 61. | **Part 7: Total other property not listed, line 54** | **+** **$0.00** | | |
| 62. | **Total personal property.** Add lines 56 through 61. ............... | **$27,520.00** | Copy personal property total ➜ | **+** **$27,520.00** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. ........................................................................................ | | | **$27,520.00** |

Official Form 106A/B                    **Schedule A/B: Property**                    page **7**

Fill in this information to identify your case:

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Antoinette** | **Ayeshia** | **Jones** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: **Eastern** District of **Pennsylvania**

Case number
(if known)

❑ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ❑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Various used pieces of furniture, furnishings, appliances, linens, and other similar items, each valued at $700 or less.** | $250.00 | ☑ $250.00<br><br>❑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Line from *Schedule A/B:* **6** | | | |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ❑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ❑ No
       ❑ Yes

Debtor 1 **Antoinette** **Ayeshia** **Jones** Case number *(if known)* _____

First Name   Middle Name   Last Name

---

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Various used televisions, mobile devices, and computers, each valued at $700 or less.**<br><br>Line from *Schedule A/B:* **7** | **$3,000.00** | ☑ **$3,000.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Various used articles of clothing, shoes, and accessories, each valued at $700 or less.**<br><br>Line from *Schedule A/B:* **11** | **$500.00** | ☑ **$500.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Various used pieces of jewelry.**<br><br>Line from *Schedule A/B:* **12** | **$25.00** | ☑ **$25.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| Brief description: **Cash**<br><br>Line from *Schedule A/B:* **16** | **$100.00** | ☑ **$100.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Cash App**<br>**Other financial account**<br><br>Line from *Schedule A/B:* **17** | **$155.00** | ☑ **$155.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Apple Cash**<br>**Other financial account**<br><br>Line from *Schedule A/B:* **17** | **$0.00** | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Antoinette** | **Ayeshia** | **Jones** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Eastern**_____ District of ___**Pennsylvania**___

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property      12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1**

**First Harvest Credit Union**
Creditor's Name

**Attn: Bankruptcy**

**1617 Hurffville Road**
Number        Street

**Woodbury, NJ 08096**
City        State        ZIP Code

**Describe the property that secures the claim:**

**2020 Dodge Journey**

| $22,358.00 | $12,130.00 | $10,228.00 |
|---|---|---|

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred    **5/1/2026**    Last 4 digits of account number    **4  4  3  7**

**Add the dollar value of your entries in Column A on this page. Write that number here:**    $22,358.00

Debtor 1  **Antoinette      Ayeshia      Jones**                              Case number *(if known)* _____
     First Name      Middle Name     Last Name

| | | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| **Part 1:** | Additional Page | | **Amount of claim** | **Value of collateral that supports this claim** | **Unsecured portion** |
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | Do not deduct the value of collateral. | | If any |

**2.2**

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Santander Consumer USA Inc.** | Describe the property that secures the claim: | **$15,342.00** | **$11,360.00** | **$3,982.00** |

Creditor's Name

**Attn: Bankruptcy**

**1601 Elm St Ste 800**
Number    Street

**Dallas, TX 75201-7260**
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ❏ Debtor 2 only
- ❏ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ **Check if this claim relates to a community debt**

**Date debt was incurred**  **4/1/2024**

Describe the property that secures the claim:

┌─────────────────────────────────┐
│ **2019 Volkswagen Jetta** │
└─────────────────────────────────┘

**As of the date you file, the claim is:** Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ❏ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ❏ Statutory lien (such as tax lien, mechanic's lien)
- ❏ Judgment lien from a lawsuit
- ❏ Other (including a right to offset) _____

**Last 4 digits of account number**  **1  0  0  0**

| | Column A |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$15,342.00** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$37,700.00** |

Fill in this information to identify your case:

Debtor 1 __**Antoinette**_____ __**Ayeshia**_____ __**Jones**_____
          First Name           Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name         Last Name

United States Bankruptcy Court for the: _____**Eastern**_____ District of __**Pennsylvania**__

Case number
(if known) _____

❏ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B:* Property (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1.    Do any creditors have priority unsecured claims against you?**

☑ No. Go to Part 2.
❏ Yes.

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.    Do any creditors have nonpriority unsecured claims against you?**

❏ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | **American Heritage Credit Union** | Last 4 digits of account number  0  0  0  1 | **$530.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**          **When was the debt incurred?**    **11/1/2020**

**2060 Red Lion Rd**
Number          Street          **As of the date you file, the claim is:** Check all that apply.

**Philadelphia, PA 19115-1603**          ❏ Contingent
City          State          ZIP Code          ❏ Unliquidated
          ❏ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only          **Type of NONPRIORITY unsecured claim:**
❏ Debtor 2 only          ❏ Student loans
❏ Debtor 1 and Debtor 2 only          ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**          ❏ Debts to pension or profit-sharing plans, and other similar debts
          ☑ Other. Specify  **Deposit Account Deficiency**
**Is the claim subject to offset?**

☑ No
❏ Yes

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page **1** of **8**

Debtor 1    **Antoinette**     **Ayeshia**     **Jones**      Case number *(if known)* _____

      First Name      Middle Name      Last Name

| Part 2: | **Your NONPRIORITY Unsecured Claims − Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.2**

**Capital Bank N.A**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**2275 Research Blvd Suite 600**
Number     Street

**Rockville, MD 20850-6238**
City     State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **4**   **8**   **2**   **1**     **$1,101.00**

**When was the debt incurred?**    **3/1/2024**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Money Loaned**

**4.3**

**Capital Bank N.A**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**2275 Research Blvd Suite 600**
Number     Street

**Rockville, MD 20850-6238**
City     State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **4**   **0**   **7**   **6**     **$298.00**

**When was the debt incurred?**    **8/1/2020**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Money Loaned**

Debtor 1    **Antoinette**    **Ayeshia**    **Jones**     Case number *(if known)* _____

     First Name      Middle Name      Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.4**

| | |
|---|---|
| **Credit One Bank** | **Last 4 digits of account number**   **9**   **5**   **6**   **1**     $2,889.00 |
| Nonpriority Creditor's Name | |
| **Attn: Bankruptcy** | **When was the debt incurred?**    **8/1/2021** |
| **6801 S Cimarron Rd** | |
| Number      Street | **As of the date you file, the claim is:** Check all that apply. |
| **Las Vegas, NV 89113-2273** | ❑ Contingent |
| City    State    ZIP Code | ❑ Unliquidated |
| | ❑ Disputed |
| **Who incurred the debt?** Check one. | |
| ☑ Debtor 1 only | **Type of NONPRIORITY unsecured claim:** |
| ❑ Debtor 2 only | ❑ Student loans |
| ❑ Debtor 1 and Debtor 2 only | ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ❑ At least one of the debtors and another | ❑ Debts to pension or profit-sharing plans, and other similar debts |
| ❑ **Check if this claim is for a community debt** | ☑ Other. Specify   **Money Loaned** |
| **Is the claim subject to offset?** | |
| ☑ No | |
| ❑ Yes | |

**4.5**

| | |
|---|---|
| **Credit One Bank** | **Last 4 digits of account number**   **6**   **3**   **3**   **9**     $2,400.00 |
| Nonpriority Creditor's Name | |
| **Attn: Bankruptcy** | **When was the debt incurred?**    **2/1/2023** |
| **6801 S Cimarron Rd** | |
| Number      Street | **As of the date you file, the claim is:** Check all that apply. |
| **Las Vegas, NV 89113-2273** | ❑ Contingent |
| City    State    ZIP Code | ❑ Unliquidated |
| | ❑ Disputed |
| **Who incurred the debt?** Check one. | |
| ☑ Debtor 1 only | **Type of NONPRIORITY unsecured claim:** |
| ❑ Debtor 2 only | ❑ Student loans |
| ❑ Debtor 1 and Debtor 2 only | ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ❑ At least one of the debtors and another | ❑ Debts to pension or profit-sharing plans, and other similar debts |
| ❑ **Check if this claim is for a community debt** | ☑ Other. Specify   **Money Loaned** |
| **Is the claim subject to offset?** | |
| ☑ No | |
| ❑ Yes | |

Debtor 1      **Antoinette      Ayeshia      Jones**                    Case number *(if known)* _____
            First Name      Middle Name      Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims – Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.6**

**Credit One Bank**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**6801 S Cimarron Rd**
Number          Street

**Las Vegas, NV 89113-2273**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **8  7  8  8**          **$2,118.00**

**When was the debt incurred?**      **7/1/2019**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Money Loaned**

---

**4.7**

**MOHELA**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**633 Spirit Dr**
Number          Street

**Chesterfield, MO 63005-1243**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **0  9  1  6**          **$5,120.00**

**When was the debt incurred?**      **9/1/2003**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Debtor 1 **Antoinette** **Ayeshia** **Jones** Case number *(if known)* _____
First Name Middle Name Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims − Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

**4.8**

**MOHELA**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**633 Spirit Dr**
Number          Street

**Chesterfield, MO 63005-1243**
City               State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **0   9   1   6**          **$2,772.00**

**When was the debt incurred?**          **9/1/2003**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**4.9**

**Penn Medicine**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**3400 Spruce St**
Number          Street

**Philadelphia, PA 19104-4238**
City               State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __          **$6,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical Services**

| Debtor 1 | **Antoinette** | **Ayeshia** | **Jones** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** | |
|---|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.10** **Philadelphia Housing Authority**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**2013 Ridge Ave**

Number        Street

**Philadelphia, PA 19121-4113**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Residential Lease Arrears**

**$8,000.00**

---

**4.11** **Zendable LLC**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**3100 Clarendon Blvd Ste 200 Suite 200**

Number        Street

**Arlington, VA 22201-5302**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 1  2  6  4

**When was the debt incurred?** **12/1/2025**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Money Loaned**

**$4,890.00**

Debtor 1    **Antoinette**      **Ayeshia**      **Jones**        Case number *(if known)* _____

      First Name       Middle Name       Last Name

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

**1.**

**U.S. Department of Justice**
Name

**Attorney General of the United States**

**950 Pennsylvania Ave NW**
Number      Street

**Washington, DC 20530-0009**
City           State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.7** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor 1 | **Antoinette** | **Ayeshia** | **Jones** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

**6.** **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
**Add the amounts for each type of unsecured claim.**

|  |  |  |  | **Total claim** |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$0.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | **$0.00** |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | **$0.00** |

|  |  |  |  | **Total claim** |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **$7,892.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$28,226.00** |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | **$36,118.00** |

Fill in this information to identify your case:

Debtor 1 __Antoinette__ __Ayeshia__ __Jones__
　　　　　First Name　　　　Middle Name　　　Last Name

Debtor 2
(Spouse, if filing)　First Name　　　Middle Name　　　Last Name

United States Bankruptcy Court for the: _____ __Eastern__ _____ District of __Pennsylvania__

Case number
(if known) _____

❏ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ❏ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** **Philadelphia Housing Authority**<br>Name<br>**Attn: Bankruptcy**<br>**2013 Ridge Ave**<br>Number　　　Street<br>**Philadelphia, PA 19121-4113**<br>City　　　State　　　ZIP Code | Residential Lease<br>Contract to be REJECTED |
| **2.2**<br>Name<br>Number　　　Street<br>City　　　State　　　ZIP Code | |
| **2.3**<br>Name<br>Number　　　Street<br>City　　　State　　　ZIP Code | |
| **2.4**<br>Name<br>Number　　　Street<br>City　　　State　　　ZIP Code | |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Antoinette** | **Ayeshia** | **Jones** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern**     District of **Pennsylvania**

Case number
(if known)

❑ Check if this is an
amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No
   ❑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.
   ❑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

     ❑ No
     ❑ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number          Street

   _____
   City          State          ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D*, *Schedule E/F*, or *Schedule G* to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** _____<br>Name<br><br>_____<br>Number          Street<br><br>_____<br>City          State          ZIP Code | ❑ Schedule D, line _____<br><br>❑ Schedule E/F, line _____<br><br>❑ Schedule G, line _____ |
| **3.2** _____<br>Name<br><br>_____<br>Number          Street<br><br>_____<br>City          State          ZIP Code | ❑ Schedule D, line _____<br><br>❑ Schedule E/F, line _____<br><br>❑ Schedule G, line _____ |

Fill in this information to identify your case:

Debtor 1    **Antoinette**      **Ayeshia**      **Jones**
            First Name          Middle Name       Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name     Last Name

United States Bankruptcy Court for the:    **Eastern**    District of    **Pennsylvania**

Case number
(if known)

Check if this is:

❑ An amended filing
❑ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Employment |
| --- | --- |

| | | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| 1. **Fill in your employment information.** If you have more than one job, attach a separate page with information about additional employers. Include part-time, seasonal, or self-employed work. Occupation may include student or homemaker, if it applies. | **Employment status** | ❑ Employed ☑ Not employed | ❑ Employed ❑ Not employed |
| | **Occupation** | **Unemployed** | **N/A** |
| | **Employer's name** | | |
| | **Employer's address** | Number    Street | Number    Street |
| | | City    State    ZIP Code | City    State    ZIP Code |
| | **How long employed there?** | | |

| Part 2: | Give Details About Monthly Income |
| --- | --- |

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
| --- | --- | --- | --- |
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $0.00 | |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $0.00 | + |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $0.00 | |

Official Form 106I                    **Schedule I: Your Income**                    page **1**

Debtor 1    **Antoinette**     **Ayeshia**     **Jones**     Case number *(if known)* _____

      First Name       Middle Name       Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here............................................................... ➔ 4. | $0.00 | |
| 5. | **List all payroll deductions:** | | |
| 5a. | **Tax, Medicare, and Social Security deductions**   5a. | $0.00 | |
| 5b. | **Mandatory contributions for retirement plans**   5b. | $0.00 | |
| 5c. | **Voluntary contributions for retirement plans**   5c. | $0.00 | |
| 5d. | **Required repayments of retirement fund loans**   5d. | $0.00 | |
| 5e. | **Insurance**   5e. | $0.00 | |
| 5f. | **Domestic support obligations**   5f. | $0.00 | |
| 5g. | **Union dues**   5g. | $0.00 | |
| 5h. | **Other deductions.** Specify: _____   5h. + | $0.00 | + _____ |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.   6. | $0.00 | |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7. | $0.00 | |
| 8. | **List all other income regularly received:** | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a. | $0.00 | |
| 8b. | **Interest and dividends**   8b. | $0.00 | |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c. | $0.00 | |
| 8d. | **Unemployment compensation**   8d. | $0.00 | |
| 8e. | **Social Security**   8e. | $0.00 | |
| 8f. | **Other government assistance that you regularly receive** | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: **See additional page**   8f. | $947.00 | |
| 8g. | **Pension or retirement income**   8g. | $0.00 | |
| 8h. | **Other monthly income.** Specify: **Pro-rata 2025 federal tax refund**   8h. + | $352.00 | + _____ |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   9. | $1,299.00 | |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10. | $1,299.00 + | = $1,299.00 |

| Debtor 1 | Antoinette | Ayeshia | Jones | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify:   **Contributions from Rasheed Tindley**                                                    11. **+**          $440.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies                12.        $1,739.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑  No.

❑  Yes. Explain:

Debtor 1    **Antoinette**     **Ayeshia**     **Jones**     Case number *(if known)* _____

     First Name      Middle Name      Last Name

|  | Amount |
|---|---|
| 8f.  **Other government assistance that you regularly receive For Debtor 1** | |
| **SNAP** | **$789.00** |
| **Welfare** | **$158.00** |

Fill in this information to identify your case:

Debtor 1     **Antoinette**          **Ayeshia**          **Jones**
             First Name              Middle Name          Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name          Last Name

United States Bankruptcy Court for the:     **Eastern District of Pennsylvania**

Case number
(if known)

Check if this is:

❏ An amended filing

❏ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

## Schedule J: Your Expenses                                                    **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ❏ Yes. **Does Debtor 2 live in a separate household?**

      ❏ No

      ❏ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**     ❏ No

   Do not list Debtor 1 and Debtor 2.      ☑ Yes. Fill out this information for each dependent...............

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Child** | **21 years** | ❏ No.  ☑ Yes. |
| **Child** | **13 years** | ❏ No.  ☑ Yes. |
| **Child** | **6 months** | ❏ No.  ☑ Yes. |
|  |  | ❏ No.  ❏ Yes. |
|  |  | ❏ No.  ❏ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**     ☑ No     ❏ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | **Your expenses** |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$0.00** |
| **If not included in line 4:** | | |
| 4a.  Real estate taxes | 4a. | **$0.00** |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | **$0.00** |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | **$0.00** |
| 4d.  Homeowner's association or condominium dues | 4d. | **$0.00** |

| Debtor 1 | **Antoinette** | **Ayeshia** | **Jones** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | | **Your expenses** |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | **$0.00** |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | **$0.00** |
| | 6b.  Water, sewer, garbage collection | 6b. | **$0.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$0.00** |
| | 6d.  Other. Specify: _____ | 6d. | **$0.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$789.00** |
| 8. | **Childcare and children's education costs** | 8. | **$0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$40.00** |
| 10. | **Personal care products and services** | 10. | **$160.00** |
| 11. | **Medical and dental expenses** | 11. | **$50.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$90.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$0.00** |
| 14. | **Charitable contributions and religious donations** | 14. | **$0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | **$0.00** |
| | 15b. Health insurance | 15b. | **$0.00** |
| | 15c. Vehicle insurance | 15c. | **$331.00** |
| | 15d. Other insurance. Specify: _____ | 15d. | **$0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | **$0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | **$428.00** |
| | 17b. Car payments for Vehicle 2 | 17b. | **$428.00** |
| | 17c. Other. Specify: _____ | 17c. | **$0.00** |
| | 17d. Other. Specify: _____ | 17d. | **$0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | 18. | **$0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | **$0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| | 20a. Mortgages on other property | 20a. | **$0.00** |
| | 20b. Real estate taxes | 20b. | **$0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | **$0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | **$0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. | **$0.00** |

Debtor 1  **Antoinette**  **Ayeshia**  **Jones**  Case number *(if known)* _____

First Name  Middle Name  Last Name

21. **Other.** Specify: _____  21.  +  **$0.00**

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.  22a.  **$2,316.00**

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2  22b.  **$0.00**

22c. Add line 22a and 22b. The result is your monthly expenses.  22c.  **$2,316.00**

23. **Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from *Schedule I*.  23a.  **$1,739.00**

23b. Copy your monthly expenses from line 22c above.  23b.  −  **$2,316.00**

23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income.*  23c.  **($577.00)**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Antoinette** | **Ayeshia** | **Jones** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Pennsylvania**

Case number
(if known)

❑ Check if this is an
amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:  Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*.............................................................................. | **$0.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.................................................................... | **$27,520.00** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*............................................................................. | **$27,520.00** |

### Part 2:  Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$37,700.00** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | **$0.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + **$36,118.00** |
| **Your total liabilities** | **$73,818.00** |

### Part 3:  Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*............................................................................ | **$1,739.00** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*..................................................................... | **$2,316.00** |

| Debtor 1 | Antoinette | Ayeshia | Jones | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 4:**  Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   | | |
   |---|---|
   | | **$1,091.33** |

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

   |  | Total claim |
   |---|---|
   | **From Part 4 on Schedule E/F, copy the following:** | |
   | 9a. Domestic support obligations (Copy line 6a.) | **$0.00** |
   | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | **$0.00** |
   | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | **$0.00** |
   | 9d. Student loans. (Copy line 6f.) | **$7,892.00** |
   | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | **$0.00** |
   | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + **$0.00** |
   | 9g. **Total**. Add lines 9a through 9f. | **$7,892.00** |

Fill in this information to identify your case:

Debtor 1     __Antoinette__     __Ayeshia__     __Jones__
           First Name       Middle Name       Last Name

Debtor 2
(Spouse, if filing)
           First Name       Middle Name       Last Name

United States Bankruptcy Court for the:     __Eastern District of Pennsylvania__

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

**X**   **/s/ Antoinette Ayeshia Jones** _____

Antoinette Ayeshia Jones, Debtor 1

Date **07/25/2026** _____
     MM/ DD/ YYYY

Fill in this information to identify your case:

Debtor 1     __Antoinette__      __Ayeshia__      __Jones__
             First Name          Middle Name      Last Name

Debtor 2     _____
(Spouse, if filing)
             First Name          Middle Name      Last Name

United States Bankruptcy Court for the:     **Eastern District of Pennsylvania**

Case number     _____
(if known)

❑ Check if this is an
   amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy     04/25

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
| --- | --- |

**1. What is your current marital status?**

❑ Married

☑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

❑ No

☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
| --- | --- | --- | --- |
| | | ❑ Same as Debtor 1 | ❑ Same as Debtor 1 |
| **3518 Fairmount Ave**<br>Number    Street | From **07/2010**<br>To **09/2026** | _____<br>Number    Street | From _____<br>To _____ |
| **Philadelphia, PA 19104**<br>City          State  ZIP Code | | _____<br>City          State  ZIP Code | |
| | | ❑ Same as Debtor 1 | ❑ Same as Debtor 1 |
| _____<br>Number    Street | From _____<br>To _____ | _____<br>Number    Street | From _____<br>To _____ |
| _____<br>City          State  ZIP Code | | _____<br>City          State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**(*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

❑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1   **Antoinette        Ayeshia        Jones**                    Case number *(if known)* _____

First Name          Middle Name          Last Name

| Part 2: | Explain the Sources of Your Income |

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

❑ No

☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips ❑ Operating a business | **$6,549.00** | ❑ Wages, commissions, bonuses, tips ❑ Operating a business | |
| **For last calendar year:** (January 1 to December 31, **2025** ) YYYY | ☑ Wages, commissions, bonuses, tips ❑ Operating a business | **$41,526.00** | ❑ Wages, commissions, bonuses, tips ❑ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, **2024** ) YYYY | ☑ Wages, commissions, bonuses, tips ❑ Operating a business | **$46,137.00** | ❑ Wages, commissions, bonuses, tips ❑ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

❑ Yes. Fill in the details.

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

❑ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

❑ No. Go to line 7.

❑ Yes.   List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

| Debtor 1 | **Antoinette** | **Ayeshia** | **Jones** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

☑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

---

### Part 4:   Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☑ No

☐ Yes. Fill in the details.

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

Debtor 1    **Antoinette      Ayeshia      Jones**                    Case number *(if known)* _____

      First Name      Middle Name      Last Name

## Part 5:  List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

❑ Yes. Fill in the details for each gift.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

❑ Yes. Fill in the details for each gift or contribution.

## Part 6:  List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

❑ Yes. Fill in the details.

## Part 7:  List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

❑ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Law Office of Mike Assad, P.C.**<br>Person Who Was Paid | **Attorney's Costs** | | |
| **923 Haddonfield Rd Ste 336**<br>Number    Street | | 07/02/2026 | $85.00 |
| **Cherry Hill, NJ 08002-2752**<br>City                State    ZIP Code | | | |
| **mike@assad.law**<br>Email or website address | | | |
| <br>Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

❑ Yes. Fill in the details.

Official Form 107                    **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                    page **4**

| Debtor 1 | **Antoinette** | **Ayeshia** | **Jones** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

❑ Yes. Fill in the details.

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices.*)

☑ No

❑ Yes. Fill in the details.

<br>

**Part 8:**  List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

❑ No

☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **American Heritage Credit Union** <br> Name of Financial Institution <br><br> **2060 Red Lion Rd** <br> Number      Street <br><br> _____ <br> **Philadelphia, PA 19115-1603** <br> City          State    ZIP Code | XXXX– **0   1   2   0** | ☑ Checking <br> ❑ Savings <br> ❑ Money market <br> ❑ Brokerage <br> ❑ Other _____ | **06/2026** | **$0.00** |
| **American Heritage Credit Union** <br> Name of Financial Institution <br><br> **2060 Red Lion Rd** <br> Number      Street <br><br> _____ <br> **Philadelphia, PA 19115-1603** <br> City          State    ZIP Code | XXXX– __ __ __ __ | ❑ Checking <br> ☑ Savings <br> ❑ Money market <br> ❑ Brokerage <br> ❑ Other _____ | **06/2026** | **$0.00** |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

❑ Yes. Fill in the details.

Debtor 1   **Antoinette        Ayeshia              Jones**                    Case number *(if known)* _____
_____
First Name        Middle Name          Last Name

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

❏ Yes. Fill in the details.

---

**Part 9:**   Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

❏ Yes. Fill in the details.

---

**Part 10:**   Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

❏ Yes. Fill in the details.

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

❏ Yes. Fill in the details.

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

❏ Yes. Fill in the details.

---

| Debtor 1 | **Antoinette** | **Ayeshia** | **Jones** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

❑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

❑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

❑ A partner in a partnership

❑ An officer, director, or managing executive of a corporation

❑ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.

❑ Yes. Check all that apply above and fill in the details below for each business.

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

❑ Yes. Fill in the details below.

## Part 12: Sign Below

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**X** **/s/ Antoinette Ayeshia Jones**
Signature of Antoinette Ayeshia Jones, Debtor 1

Date **07/25/2026**

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

❑ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

❑ Yes. Name of person _____

Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Fill in this information to identify your case:

Debtor 1    **Antoinette**    **Ayeshia**    **Jones**
           First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)    First Name      Middle Name      Last Name

United States Bankruptcy Court for the:    **Eastern District of Pennsylvania**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    **12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **First Harvest Credit Union** <br><br> Description of property securing debt: **2020 Dodge Journey** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☑ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☑ No <br> ☐ Yes |
| Creditor's name: **Santander Consumer USA Inc.** <br><br> Description of property securing debt: **2019 Volkswagen Jetta** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☑ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☑ No <br> ☐ Yes |

Debtor 1    **Antoinette**    **Ayeshia**    **Jones**      Case number *(if known)* _____
     First Name      Middle Name      Last Name

## Part 2: List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: | ❏ No |
| | ❏ Yes |
| Description of leased property: | |
| Lessor's name: | ❏ No |
| | ❏ Yes |
| Description of leased property: | |
| Lessor's name: | ❏ No |
| | ❏ Yes |
| Description of leased property: | |
| Lessor's name: | ❏ No |
| | ❏ Yes |
| Description of leased property: | |
| Lessor's name: | ❏ No |
| | ❏ Yes |
| Description of leased property: | |
| Lessor's name: | ❏ No |
| | ❏ Yes |
| Description of leased property: | |
| Lessor's name: | ❏ No |
| | ❏ Yes |
| Description of leased property: | |

## Part 3: Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

**X**   **/s/ Antoinette Ayeshia Jones** _____

Signature of Debtor 1

Date **07/25/2026** _____
    MM/ DD/ YYYY

Official Form 108          **Statement of Intention for Individuals Filing Under Chapter 7**          page 2

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
Eastern District of Pennsylvania

**In re**      Jones, Antoinette Ayeshia

Case No. _____

**Debtor**                                                                  Chapter _____**7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑  **FLAT FEE**

For legal services, I have agreed to accept ................................................................................      **$0.00**

Prior to the filing of this statement I have received ...................................................................      **$0.00**

Balance Due ..............................................................................................................................      **$0.00**

☐  **RETAINER**

For legal services, I have agreed to accept and received a retainer of ..................................      _____

The undersigned shall bill against the retainer at an hourly rate of .........................................      _____
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.      The source of the compensation paid to me was:

☑ Debtor              ☐ Other (specify)

3.      The source of compensation to be paid to me is:

☑ Debtor              ☐ Other (specify)

4.      ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.      Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a.      Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.      Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

B2030 (Form 2030) (12/25)

     c.     Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.     By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Adversary actions, contested matters, and appeals.

---

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **07/25/2026** | **/s/ Michael I. Assad** |
| --- | --- |
| *Date* | Michael I. Assad |
| | *Signature of Attorney* |

     Bar Number: 330937
     Law Office of Mike Assad, P.C.
     923 Haddonfield Rd Ste 336
     Cherry Hill, NJ 08002-2752
     Phone: (609) 808-3300

**Law Office of Mike Assad, P.C.**
*Name of law firm*