# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:                                              Case No. 26-13121-amc

    Antoinette Ayeshia Jones,                Chapter 7

             Debtor.

## Order Waiving Chapter 7 Filing Fee

**AND NOW**, upon consideration of the Application to Have the Chapter 7 Filing Fee Waived filed by Debtor Antoinette Ayeshia Jones, and for good cause shown, it is hereby **ORDERED** that:

1.    The Application is **GRANTED**.

2.    The chapter 7 filing fee is **WAIVED** and will not be due.

3.    The court may order the Debtor to pay the fee in the future if developments in administration of the case show that the waiver was unwarranted.

Date: July 28, 2026

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge