United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 26-13121-amc

Antoinette Ayeshia Jones                                                   Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 28, 2026 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Antoinette Ayeshia Jones, 6 Cedar St, Marcus Hook, PA 19061-4608 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| HARRY GIACOMETTI | harry.giacometti@flastergreenberg.com  P100@ecfcbis.com;diana.janansky@flastergreenberg.com |
| MICHAEL I. ASSAD | on behalf of Debtor Antoinette Ayeshia Jones mike@assad.law<br>mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:

Antoinette Ayeshia Jones,

Debtor.

Case No. 26-13121-amc

Chapter 7

**Order Waiving Chapter 7 Filing Fee**

**AND NOW**, upon consideration of the Application to Have the Chapter 7 Filing Fee Waived filed by Debtor Antoinette Ayeshia Jones, and for good cause shown, it is hereby **ORDERED** that:

1.     The Application is **GRANTED**.

2.     The chapter 7 filing fee is **WAIVED** and will not be due.

3.     The court may order the Debtor to pay the fee in the future if developments in administration of the case show that the waiver was unwarranted.

Date: July 28, 2026

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge