Certificate Number: 13861-PAE-DE-041290541

Bankruptcy Case Number: 26-13121



13861-PAE-DE-041290541

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 5, 2026, at 10:00 o'clock AM PDT, Antoinette Ayeshia Jones completed a course on personal financial management given by internet by Evergreen Financial Counseling, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 5, 2026          By:     /s/Angela Marshall

Name:  Angela Marshall

Title:   Counselor