# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-13121-amc |
| Antoinette Ayeshia Jones, | Chapter 7 |
| Debtor. | |

**Debtor's Certification About Payment Advices**

I, Antoinette Ayeshia Jones, hereby certify that within sixty days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices, as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), from any source of employment.

I further certify that I received no payment advices during that period because:

☐ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

☒ I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ I did not receive payment advices due to factors other than those listed above. (Please explain)

I further certify under penalty of perjury that the information above is true and correct to the best of my knowledge, information, and belief.

Date: August 29, 2026

/s/ Antoinette Ayeshia Jones
Antoinette Ayeshia Jones