| United States Bankruptcy Court<br>Eastern District of Pennsylvania | | |
|---|---|---|
| By: Michael I. Assad (#330937)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Attorney for Debtor* | Case No.: | 26-13121-amc |
| In re: Antoinette Ayeshia Jones,<br><br>*Debtor.* | Chapter:<br><br>Chief Judge: | 7<br><br>Ashely M. Chan |

**Debtor's Motion to Extend Time to File Reaffirmation Agreements**

**AND NOW**, Debtor Antoinette Ayeshia Jones, through her attorney, moves under Fed. R. Bankr. P. 4008(a) and 9006(b)(1) for an order extending to December 2, 2026, the time to file reaffirmation agreements and deferring entry of her discharge until that date.

## I. Background

1. The Debtor filed this chapter 7 case on July 25, 2026. The first date set for the meeting of creditors was September 2, 2026, so the deadline to file reaffirmation agreements is November 2, 2026. Fed. R. Bankr. P. 4008(a), 9006(a)(1)(C).

2. As stated in her statement of intention, the Debtor intends to reaffirm several secured debts, but the agreements are not yet ready to be filed.

## II. Relief Requested

3. The Court may extend the time to file reaffirmation agreements at any time. Fed. R. Bankr. P. 4008(a).

4. Because a reaffirmation agreement must be made before the discharge is granted, 11 U.S.C. § 524(c)(1), the Debtor also asks the Court to defer entry of her discharge until December 2, 2026. Fed. R. Bankr. P. 4004(c)(2).

5. The extension requested is brief and will not prejudice any party.

6. This Motion may be determined without a hearing under L.B.R. 9014-2(a)(10) and (a)(14).

## III. Conclusion

**FOR THOSE REASONS**, the Debtor requests entry of the proposed order.

Date: November 2, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad