**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: Antoinette Ayeshia Jones, *Debtor*. | Case No.: 26-13121-amc<br>Chapter: 7 |

## Order Extending Time to File Reaffirmation Agreements

**AND NOW**, upon consideration of the Debtor's Motion to Extend Time to File Reaffirmation Agreements (the "Motion"), and for cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The time for the Debtor to file reaffirmation agreements under Fed. R. Bankr. P. 4008(a) is extended to December 2, 2026.

3. Entry of the Debtor's discharge is deferred until December 2, 2026.

Date: Nov. 5, 2026

Ashely M. Chan
Chief U.S. Bankruptcy Judge