United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Antoinette Ayeshia Jones
Debtor

Case No. 26-13121-amc
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 1
Date Rcvd: Nov 05, 2026 | Form ID: pdf900 | Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Antoinette Ayeshia Jones, 6 Cedar St, Marcus Hook, PA 19061-4608 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| HARRY GIACOMETTI | harry.giacometti@flastergreenberg.com P100@ecfcbis.com;diana.janansky@flastergreenberg.com |
| MICHAEL I. ASSAD | on behalf of Debtor Antoinette Ayeshia Jones mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com |
| ROBERT J. MALLOY | on behalf of Creditor First Harvest Credit Union ecf@robmalloylaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

| United States Bankruptcy Court<br>Eastern District of Pennsylvania | | |
|---|---|---|
| In re: Antoinette Ayeshia Jones,<br><br>*Debtor.* | Case No.:<br><br>Chapter: | 26-13121-amc<br><br>7 |

**Order Extending Time to File Reaffirmation Agreements**

**AND NOW**, upon consideration of the Debtor's Motion to Extend Time to File Reaffirmation Agreements (the "Motion"), and for cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The time for the Debtor to file reaffirmation agreements under Fed. R. Bankr. P. 4008(a) is extended to December 2, 2026.

3. Entry of the Debtor's discharge is deferred until December 2, 2026.

Date: Nov. 5, 2026

Ashely M. Chan
Chief U.S. Bankruptcy Judge